Case 10-11400   Doc 64   Filed 03/06/12   Entered 03/06/12 15:50:22   Desc Main
                        Document      Page 1 of 9

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
## DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| PEHAR, TONY | § | Case No. 10-11400 |
| PEHAR, MARY | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter     of the United States Bankruptcy Code was filed on
   . The undersigned trustee was appointed on                    .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                         $

   Funds were disbursed in the following amounts:

   Payments made under an interim disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]                               $

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____  By:/s/Phillip D. Levey_____
                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 10-11400 | SPS | Judge: SUSAN PIERSON SONDERBY | Trustee Name: | Phillip D. Levey |
| Case Name: | PEHAR, TONY | | | Date Filed (f) or Converted (c): | 03/16/10 (f) |
| | PEHAR, MARY | | | 341(a) Meeting Date: | 04/30/10 |
| For Period Ending: 03/06/12 | | | | Claims Bar Date: | 10/19/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. SINGLE FAMILY DWELLING 6533 N. NOKOMIS AVENUE LINC | 450,000.00 | 0.00 | OA | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 2. 800 BEN FRANKLIN DRIVE, #306, SARASOTA, FLORIDA 34 | 131,670.00 | 40,000.00 | DA | 0.00 | FA |
| 3. 6247-59 N. MCCORMICK, CHICAGO, ILLINOIS (1/3 INTER | 1,485,000.00 | 0.00 | DA | 0.00 | FA |
| 4. JPMORGAN CHASE BANK PO BOX 260180 BATON ROUGE, LA | 980.00 | 0.00 | DA | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 5. BANK OF AMERICA CHECKING ACCOUNT # 291003573932 | 1,188.00 | 0.00 | DA | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 6. E-TRADE BROKERAGE ACCOUNT | 275.00 | 0.00 | DA | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 7. HOUSEHOLD GOODS AND FURNISHINGS, PERSONAL COMPUTER | 8,000.00 | 3,000.00 | DA | 0.00 | FA |
| 8. NECESSARY WEARING APPAREL | 1,500.00 | 0.00 | DA | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 9. WEDDING RINGS, WATCH MISC NECKLACES. LOCATED AT TH | 10,000.00 | 1,443.00 | DA | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 10. IRA - CHARLES SCHWAB ACCOUNT # 2526-1950 | 9,058.35 | 0.00 | DA | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 11. 6251 N. MCCORMICK LLC D/B/A PURE CAFE | 0.00 | 0.00 | OA | 0.00 | FA |
| 12. N.T.G. PROPERTIES, INC. (DISSOLVED) | 0.00 | 0.00 | DA | 0.00 | FA |
| 13. S & P PROPERTY MANAGEMENT, INC. (DISSOLVED) | 0.00 | 0.00 | DA | 0.00 | FA |
| 14. 7200 SOUTH JEFFERY, LLC (DISSOLVED) | 0.00 | 0.00 | DA | 0.00 | FA |
| 15. 7946 S. ELLIS, LLC (DISSOLVED) | 0.00 | 0.00 | DA | 0.00 | FA |
| 16. 8238 S. ELLIS, LLC (DISSOLVED) | 0.00 | 0.00 | DA | 0.00 | FA |
| 17. 50% INTERETS IN FUNDS DUE LLC FROM SALE OF 8251-61 | 25,000.00 | 0.00 | DA | 0.00 | FA |
| 18. LIQUOR LICENSE (FOR NOTICE PURPOSES ONLY- PER CITY | 0.00 | 0.00 | DA | 0.00 | FA |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit A

| Case No: | 10-11400 | SPS | Judge: SUSAN PIERSON SONDERBY | Trustee Name: | Phillip D. Levey |
|---|---|---|---|---|---|
| Case Name: | PEHAR, TONY | | | Date Filed (f) or Converted (c): | 03/16/10 (f) |
| | PEHAR, MARY | | | 341(a) Meeting Date: | 04/30/10 |
| | | | | Claims Bar Date: | 10/19/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 19. CADILLAC ESCALADE (2004) Debtor Claimed Exemption | 13,500.00 | 8,700.00 | | 10,200.00 | FA |
| 20. KYMCO MOTORIZED SCOOTER | 1,000.00 | 1,000.00 | DA | 0.00 | FA |
| 21. Post-Petition Interest Deposits (u) | Unknown | N/A | | 2.72 | Unknown |

|  |  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $2,137,171.35 | $54,143.00 | | $10,202.72 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 06/30/12     Current Projected Date of Final Report (TFR): 06/30/12

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 10-11400 -SPS | | Trustee Name: | Phillip D. Levey |
| Case Name: | PEHAR, TONY | | Bank Name: | BANK OF AMERICA |
| | PEHAR, MARY | | Account Number / CD #: | *******5575 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******5725 | | | |
| For Period Ending: | 03/06/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/14/10 | 19 | Tony & Mary Ann Pehar | Sale of Automobile  Sale to debtors subject all liens and claims of exemption. | 1129-000 | 10,200.00 | | 10,200.00 |
| 07/30/10 | 21 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.08 | | 10,200.08 |
| 08/31/10 | 21 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.27 | | 10,200.35 |
| 09/30/10 | 21 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.25 | | 10,200.60 |
| 10/29/10 | 21 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.25 | | 10,200.85 |
| 11/30/10 | 21 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.26 | | 10,201.11 |
| 12/31/10 | 21 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.26 | | 10,201.37 |
| 01/31/11 | 21 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.26 | | 10,201.63 |
| 02/28/11 | 21 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.08 | | 10,201.71 |
| 03/08/11 | 000101 | International Sureties, Ltd.  701 Poydras Street - Suite 420  New Orleans, LA  70139 | Blanket Bond Premium | 2300-000 | | 6.23 | 10,195.48 |
| 03/31/11 | 21 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.09 | | 10,195.57 |
| 04/29/11 | 21 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.08 | | 10,195.65 |
| 05/31/11 | 21 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.09 | | 10,195.74 |
| 06/30/11 | 21 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.08 | | 10,195.82 |
| 07/29/11 | 21 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.08 | | 10,195.90 |
| 08/31/11 | 21 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.09 | | 10,195.99 |
| 09/30/11 | 21 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.08 | | 10,196.07 |
| 10/31/11 | 21 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.09 | | 10,196.16 |
| 10/31/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 12.99 | 10,183.17 |
| 11/30/11 | 21 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.08 | | 10,183.25 |
| 11/30/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 12.55 | 10,170.70 |
| 12/30/11 | 21 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.08 | | 10,170.78 |
| 12/30/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 12.54 | 10,158.24 |
| 01/31/12 | 21 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.09 | | 10,158.33 |
| | | | Page Subtotals | | 10,202.64 | 44.31 | |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

LFORM24

Ver: 16.05d

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | |
|---|---|
| Case No: | 10-11400 -SPS |
| Case Name: | PEHAR, TONY |
| | PEHAR, MARY |
| Taxpayer ID No: | *******5725 |
| For Period Ending: | 03/06/12 |

| | |
|---|---|
| Trustee Name: | Phillip D. Levey |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******5575  Money Market Account (Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/29/12 | 21 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.08 | | 10,158.41 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 10,202.72 | 44.31 | 10,158.41 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 10,202.72 | 44.31 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 10,202.72 | 44.31 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Money Market Account (Interest Earn - ********5575 | 10,202.72 | 44.31 | 10,158.41 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 10,202.72 | 44.31 | 10,158.41 |
| | ============== | ============== | ============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals  0.08  0.00

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-11400
Case Name: PEHAR, TONY
PEHAR, MARY
Trustee Name: Phillip D. Levey

Balance on hand $

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000010 | Citizens Auto Finance | $ | $ | $ | $ |
| 000011 | Cole Taylor Bank | $ | $ | $ | $ |

Total to be paid to secured creditors $_____

Remaining Balance $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Phillip D. Levey | $ | $ | $ |
| Trustee Expenses: Phillip D. Levey | $ | $ | $ |
| Attorney for Trustee Expenses: Phillip D. Levey | $ | $ | $ |
| Other: International Sureties, Ltd. | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses $_____

Remaining Balance $_____

Document      Page 8 of 9

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $         must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $          have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be       percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | American Express Bank, FSB | $ | $ | $ |
| 000002 | PEOPLES GAS LIGHT & COKE COMPANY | $ | $ | $ |
| 000003 | Discover Bank | $ | $ | $ |
| 000004 | Chase Bank USA, N.A. | $ | $ | $ |
| 000005 | PYOD LLC its successors and assigns as assignee of | $ | $ | $ |
| 000006 | PYOD LLC its successors and assigns as assignee of | $ | $ | $ |

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000007 | Capital One Bank (USA), N.A. | $ | $ | $ |
| 000008 | American Express Bank, FSB | $ | $ | $ |
| 000009 | Horseshoe Hammond, LLC | $ | $ | $ |

Total to be paid to timely general unsecured creditors      $_____

Remaining Balance      $_____

Tardily filed claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE