# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re:                                  §
                                        §
PEHAR, TONY                             §    Case No. 10-11400
PEHAR, MARY                             §
                                        §
                                        §
_____Debtor(s)_____       §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Phillip D. Levey, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

                        Kenneth Gardner
                        U.S. Bankruptcy Court Clerk
                        219 South Dearborn Street- 7th Floor
                        Chicago, IL  60614

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 04/03/2012 in Courtroom 642,
                        United States Courthouse
                        219 South Dearborn Street
                        Chicago, IL  60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____           By: _Kenneth S. Gardner_____
                                                               Clerk, U.S. Bankruptcy Court

*Phillip D. Levey*
*2722 North Racine Avenue*
*Chicago, IL 60614*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
PEHAR, TONY § Case No. 10-11400
PEHAR, MARY §
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 10,202.72 |
| and approved disbursements of | $ | 44.31 |
| leaving a balance on hand of[1] | $ | 10,158.41 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000010 | Citizens Auto Finance | $ 22,675.63 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000011 | Cole Taylor Bank | $ 260,863.95 | $ 0.00 | $ 0.00 | $ 0.00 |

| | | |
|---|---|---:|
| Total to be paid to secured creditors | $ | 0.00 |
| Remaining Balance | $ | 10,158.41 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Phillip D. Levey | $ 1,770.27 | $ 0.00 | $ 1,770.27 |
| Trustee Expenses: Phillip D. Levey | $ 52.35 | $ 0.00 | $ 52.35 |
| Attorney for Trustee Expenses: Phillip D. Levey | $ 4,590.00 | $ 0.00 | $ 4,590.00 |

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Other: International Sureties, Ltd. | $ 6.23 | $ 6.23 | $ 0.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 6,412.62 |
| Remaining Balance | | $ | 3,745.79 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 82,388.14 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 4.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | American Express Bank, FSB | $ 9,896.30 | $ 0.00 | $ 449.94 |
| 000002 | PEOPLES GAS LIGHT & COKE COMPANY | $ 4,941.78 | $ 0.00 | $ 224.68 |
| 000003 | Discover Bank | $ 0.00 | $ 0.00 | $ 0.00 |
| 000004 | Chase Bank USA, N.A. | $ 0.00 | $ 0.00 | $ 0.00 |
| 000005 | PYOD LLC its successors and assigns as assignee of | $ 12,808.46 | $ 0.00 | $ 582.34 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000006 | PYOD LLC its successors and assigns as assignee of | $ 2,921.15 | $ 0.00 | $ 132.81 |
| 000007 | Capital One Bank (USA), N.A. | $ 9,586.04 | $ 0.00 | $ 435.83 |
| 000008 | American Express Bank, FSB | $ 5,234.41 | $ 0.00 | $ 237.98 |
| 000009 | Horseshoe Hammond, LLC | $ 37,000.00 | $ 0.00 | $ 1,682.21 |

Total to be paid to timely general unsecured creditors    $    3,745.79

Remaining Balance    $    0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Phillip D. Levey
Trustee's Counsel

*Phillip D. Levey*
*2722 North Racine Avenue*
*Chicago, IL 60614*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                         United States Bankruptcy Court
                         Northern District of Illinois
In re:                                                                          Case No. 10-11400-SPS
Tony Pehar                                                                      Chapter 7
Mary Pehar
        Debtors                        CERTIFICATE OF NOTICE
District/off: 0752-1          User: acox                  Page 1 of 3                  Date Rcvd: Mar 07, 2012
                              Form ID: pdf006             Total Noticed: 68


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 09, 2012.
db/jdb         Tony Pehar,    Mary Pehar,    6533 N. Nokomis Lincolnwood, IL 60712,    Lincolnwood, IL   60712
15356589      +7200 South Jeffery LLC,    c/o Arnold H Landis,    77 W Washington St Ste 702,
                Chicago, IL 60602-3267
15356590      +7946 S Ellis LLC,    4528 N Damen,    Chicago, IL 60625-1615
15356591      +8232 S Ellis LLC,    c/o Arnold H Landis,    77 W Washington St Ste 702,    Chicago, IL 60602-3267
15441501       American Express Bank, FSB,    POB 3001,    Malvern, PA 19355-0701
16258596       American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
15356572      +Arthur Koma,    dba Dollar Day,    6257 N McCormick Rd Unit A,    Chicago, IL 60659-1304
15356592      +Bahri Lutolli,    c/o Mark Karno,    33 N LaSalle 3200,    Chicago, IL 60602-2606
15267030      +Bahri Lutolli,    c/o Kilgallon & Craig,    218 North Jefferson Street Ste 401,
                Chicago, IL 60661-1291
15267032       Best Buy Co., Inc.,    HSBC Retail Services,    PO Box 17298,    Baltimore, MD 21297-1298
15267033       Capital One Bank,    PO Box 6492,    Carol Stream, IL 60197-6492
15356573      +Cardinal Fitness of McCormick LLC,    Attn Peter J Vrdolyak lll,    10760 W 143rd St Ste 63,
                Orland Park, IL 60462-1923
15267034      +Central Portfolio Investments/HSBC,    c/o Pentagroup Financial, LLC,
                5959 Corporate Drive Ste 1400,    Houston, TX 77036-2311
15267035       Chase Bank Mastercard,    Bank One Card Services,    Westerville, OH 43081
15937104       Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
15267036      +Citi Cards,    PO Box 6241,    Sioux Falls, SD 57117-6241
15267037      +Citi Health Credit Card,    PO Box 6497,    Sioux Falls, SD 57117-6497
15267038      +Citi Mortgage,    PO Box 9438,    Gaithersburg, MD 20898-9438
15267039      +Citi/CBSDNA,    PO Box 6497,    Sioux Falls, SD 57117-6497
16289077      +Citizens Auto Finance,    480 Jefferson Blvd,    RJE 135,    Warwick RI 02886-1359
15267040      +Citizens Automobile Finance, Inc.,    480 Jefferson Blvd. RJW500,    Warwick, RI 02886-1359
15267043      +City of Chicago,    c/o Goldman and Grant,    205 W Randolph,    Chicago, IL 60606-1867
15267041      +City of Chicago,    c/o Wexler & Wexler,    500 W Madison #450,    Chicago, IL 60661-2767
15267042      +City of Chicago,    c/o Corporation Counsel,    30 N LaSalle Street Ste 800,
                Chicago, IL 60602-3542
15356597      +Cole Taylor Bank,    c/o Francis Keldermans,    131 S Dearborn 30th Flr,    Chicago, IL 60603-5517
15267047      +Cole Taylor Bank,    c/o Rock Fusco LLC,    321 N Clark Street # 2200,    Chicago, IL 60654-4614
15267048      +Cole Taylor Bank,    c/o Rock Fusco, LLC,    321 N. Clark Street Ste 2200,    Chicago, IL 60654-4614
15267049      +Cole Taylor Bank,    c/o Rock Fusco, LLC,    321 North Clark Street Ste 2200,
                Chicago, IL 60654-4614
15356588      +Cole Taylor Bank,    c/o Holland & Knight LLP,    131 S Dearborn #30,    Chicago, IL 60603-5550
15267044      +Cole Taylor Bank,    PO Box 909743,    Chicago, IL 60690-9743
15267046      +Cole Taylor Bank,    Attn Julie Lebherz,    9550 W Higgins Road,    Rosemont, IL 60018-4907
15356595      +Cook County Treasurer,    118 N Clark Ste 112,    Chicago, IL 60602-1590
15356587      +Crane Heyman Simon Welch & Clar,    135 S LaSalle St Ste 3705,    Chicago, IL 60603-4101
15267051      +Fisk Kart Katz and Regan LTD.,    77 West Washington St. Ste 900,    Chicago, IL 60602-2865
15356586      +Frontier Realty Group Inc,    c/o Ivan Puljic,    10 S LaSalle St Ste 3500,
                Chicago, IL 60603-1025
15356574      +Great China Buffet Corp,    5618 W Touhy Avenue,    Niles, IL 60714-4001
15267060       HSBC Retail Services,    PO Box 17298,    Baltimore, MD 21297-1298
15267057      +Hafize Lutolli,    c/o Mark L. Karno & Assoc.,    33 N. LaSalle Street,    Chicago, IL 60602-2603
15267058       Home Depot Credit Services,    PO BOX 6029,    The Lakes, NV 88901-6029
15267059      +Horseshoe Hammond, LLC,    c/o Jeffrey Schreiber,    53 Stiles Road Ste A102,
                Salem, NH 03079-2890
15356593     ++ILLINOIS DEPARTMENT OF REVENUE,    P O BOX 64338,    CHICAGO IL 60664-0338
               (address filed with court:  IL Dept of Revenue,    Bankruptcy Section Level 7-425,
                100 W Randolph St,    Chicago, IL 60601)
15356584      +Ivo Vasilj,    8221 Lockwood Ave,    Skokie, IL 60077-2439
15356585      +Joseph Pehar,    555 W Cornelia,    Chicago, IL 60657-2755
15356581      +Krystalex Group Inc,    4218 1/2 N Damen Ave,    Chicago, IL 60618
15267062      +LTD Financial Services, L.P.,    7322 Southwest Freeway Suite 1600,    Houston, TX 77074-2053
15267061      +Law Offices of Arnold H. Landis PC,    77 West Washington Street Ste 702,    Chicago, IL 60602-3267
15356582      +N.T.G. Properties Inc,    c/o Aaron Spivack,    811 W Superior Street,    Chicago, IL 60642-4264
15267063      +North Community Bank,    3639 N. Broadway,    Chicago, IL 60613-4489
15464024      +PEOPLES GAS LIGHT & COKE COMPANY,    130 EAST RANDOLPH DRIVE,    CHICAGO, ILLINOIS 60601-6203
15356583      +Reginald Bailey,    c/o Santilli Frank A,    111 W Washington St,    Chicago, IL 60602-2703
15267064      +Reginald Bailey,    c/o James M. Hoffman & Associates,    203 N. LaSalle Street Ste 2150,
                Chicago, IL 60601-1246
15356578      +S&P Property Management Inc,    c/o Arnold H Landis,    77 W Washington Ste 702,
                Chicago, IL 60602-3267
15267065      +Sanders Comeka,    c/o Mark Silverman,    225 W Washington Ste 2200,    Chicago, IL 60606-3561
15356575      +Simple Delights Inc,    18214 Semmler Drive,    Tinley Park, IL 60487-8688
15356579      +Stanko Pehar,    6512 N Lemai,    Lincolnwood, IL 60712-3014
15356580      +T Mobile,    PO Box 742596,    Cincinnati, OH 45274-2596
15356576      +Tan Line Inc,    c/o Gil Gilyana,    6257 N McCormick Unit B,    Chicago, IL 60659-1304
15267066      +Target Visa,    PO Box 673,    Minneapolis, MN 55440-0673
15267067      +VNM LLC,    Unit 302,    1208 Washington,    Des Plaines, IL 60016
15267068      +Woodlawn Community Development,    c/o Kahn Sanford LTD,    180 N. LaSalle Street # 2025,
                Chicago, IL 60601-2611
```

```
District/off: 0752-1            User: acox                  Page 2 of 3                   Date Rcvd: Mar 07, 2012
                                Form ID: pdf006             Total Noticed: 68

15356571     +Zlatko Pehar,    6410 Longmeadow,    Lincolnwood, IL 60712-4204
15356577     +Zoran Pehar,    6424 N Knox,    Lincolnwood, IL 60712-3421

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
15994064      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 08 2012 03:30:44      Capital One Bank (USA), N.A.,
               by American Infosource Lp As Agent,    PO Box 248839,    Oklahoma City, OK  73124-8839
15267050      E-mail/PDF: mrdiscen@discoverfinancial.com Mar 08 2012 03:40:28      Discover Card,    PO Box 15316,
               Wilmington, DE 19850
15881103      E-mail/PDF: mrdiscen@discoverfinancial.com Mar 08 2012 03:40:28      Discover Bank,
               Dfs Services LLC,    PO Box 3025,    New Albany, OH  43054-3025
15356596     +E-mail/Text: bankruptcy@huntington.com Mar 08 2012 02:45:24       Huntington Mortgage,
               7575 Huntington Park Drive,    Columbus, OH 43235-2600
15356594      E-mail/Text: cio.bncmail@irs.gov Mar 08 2012 02:43:18      Internal Revenue Service,
               Kansas City, MO 64999
15968221      E-mail/Text: resurgentbknotifications@resurgent.com Mar 08 2012 02:43:47
               PYOD LLC its successors and assigns as assignee of,    Citibank, N.A.,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
                                                                                              TOTAL: 6

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15267031*    +Bahri Lutolli,    c/o Kilggallon & Craig,    218 North Jefferson Street Ste 401,
               Chicago, IL 60661-1291
15267045*    +Cole Taylor Bank,    PO Box 909743,    Chicago, IL 60690-9743
15267052*    +Fisk Kart Katz and Regan LTD.,     77 West Washington St. Ste 900,    Chicago, IL 60602-2865
15267053*    +Fisk Kart Katz and Regan LTD.,     77 West Washington St. Ste 900,    Chicago, IL 60602-2865
15267054*    +Fisk Kart Katz and Regan LTD.,     77 West Washington St. Ste 900,    Chicago, IL 60602-2865
15267055*    +Fisk Kart Katz and Regan LTD.,     77 West Washington St. Ste 900,    Chicago, IL 60602-2865
15267056*    +Fisk Kart Katz and Regan LTD.,     77 West Washington St. Ste 900,    Chicago, IL 60602-2865
                                                                                         TOTALS: 0, * 7, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 09, 2012**              **Signature:**   _Joseph Speetjens_

```
District/off: 0752-1          User: acox                 Page 3 of 3                  Date Rcvd: Mar 07, 2012
                              Form ID: pdf006            Total Noticed: 68
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 6, 2012 at the address(es) listed below:
              Bradley A. Smith    on behalf of Debtor Tony Pehar bsmith@nealandleroy.com
              David R Herzog    on behalf of Creditor  Woodlawn Community Development Corporation
               drhlaw@mindspring.com,   herzogschwartz@gmail.com
              Gloria C  Tsotsos    on behalf of Creditor  CITIMORTGAGE, INC. nd-three@il.cslegal.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Phillip D Levey    levey47@hotmail.com,   plevey@ecf.epiqsystems.com
              Phillip D Levey    on behalf of Trustee Phillip Levey levey47@hotmail.com
                                                                                             TOTAL: 6