# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
### DIVISION

In re:                                    §
                                          §
PEHAR, TONY                               §        Case No. 10-11400
PEHAR, MARY                               §
                                          §
                   Debtor(s)              §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Phillip D. Levey, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned:                          Assets Exempt:
*(Without deducting any secured claims)*

Total Distributions to Claimants:          Claims Discharged
                                           Without Payment:

Total Expenses of Administration:

---

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $              from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS:<br>CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4)  This case was originally filed under chapter    on            . The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____ By:/s/Phillip D. Levey _____
                                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Citi Mortgage PO Box 9438 Gaithersburg, MD 20898 |  |  |  |  |  |
|  | Cole Taylor Bank PO Box 909743 Chicago, IL 60690 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Cole Taylor Bank PO Box 909743 Chicago, IL 60690 | | | | | |
| | Cole Taylor Bank c/o Francis Keldermans 131 S Dearborn, 30th Floor Chicago, IL 60603 | | | | | |
| | Cook County Treasurer 118 N Clark, Ste 112 Chicago, IL 60602 | | | | | |
| | Cook County Treasurer 118 N Clark, Ste 112 Chicago, IL 60602 | | | | | |
| | Huntington Mortgage 7575 Huntington Park Drive Columbus, OH 43235 | | | | | |
| 000010 | CITIZENS AUTO FINANCE | | | | | |
| 000011 | COLE TAYLOR BANK | | | | | |
| **TOTAL SECURED CLAIMS** | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PHILLIP D. LEVEY | | | | | |
| PHILLIP D. LEVEY | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| INTERNATIONAL SURETIES, LTD. | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| LEVEY, PHILLIP D. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Illinois Department of Revenue Bankruptcy Section Level 7-425 100 W Randolph St. Chicago, IL 60601 | | | | | |
| | Internal Revenue Service Kansas City, MO 64999 | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 7200 South Jeffery, LLC c/o Arnold H. Landis 77 West Washington St, Ste 702 Chicago, IL 60602 | | | | | |
| | 7946 S. Ellis, LLC 4528 N Damen Chicago, IL 60625 | | | | | |
| | 8232 S. Ellis, LLC c/o Arnold H. Landis 77 W Washington Street, Ste 702 Chicago, IL 60602 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bahri Lutolli c/o Mark Karno 33 N LaSalle 3200 Chicago, IL 60602 | | | | | |
| | Capital One Bank PO Box 6492 Carol Stream, IL 60197-6492 | | | | | |
| | Chase Bank Mastercard Bank One Card Services Westerville, OH 43081 | | | | | |
| | Citi Cards PO Box 6241 Sioux Falls, SD 57117 | | | | | |
| | Citi Health Credit Card PO Box 6497 Sioux Falls, SD 57117 | | | | | |
| | Citi/CBSDNA PO Box 6497 Sioux Falls, SD 57117 | | | | | |
| | Citizens Automobile Finance, Inc. 480 Jefferson Blvd. RJW500 Warwick, RI 02886 | | | | | |
| | City of Chicago c/o Corporation Counsel 30 N. LaSalle St Suite 800 Chicago, IL 60602 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | City of Chicago c/o Corporation Counsel 30 N. LaSalle St Suite 800 Chicago, IL 60602 | | | | | |
| | City of Chicago c/o Goldman and Grant 205 W Randolph Street Chicago, IL 60606 | | | | | |
| | City of Chicago c/o Goldman and Grant 205 W Randolph Street Chicago, IL 60606 | | | | | |
| | City of Chicago c/o Goldman and Grant 205 W Randolph Street Chicago, IL 60606 | | | | | |
| | City of Chicago c/o Goldman and Grant 205 W Randolph Street Chicago, IL 60606 | | | | | |
| | City of Chicago c/o Goldman and Grant 205 W Randolph Street Chicago, IL 60606 | | | | | |
| | City of Chicago c/o Wexler & Wexler 500 W Madison #450 Chicago, IL 60661 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | City of Chicago c/o Wexler & Wexler 500 W Madison #450 Chicago, IL 60661 | | | | | |
| | Cole Taylor Bank c/o Holland & Knight, LLP 131 S Dearborn #30 Chicago, IL 60603 | | | | | |
| | Cole Taylor Bank c/o Rock Fusco LLC 321 N Clark Street # 2200 Chicago, IL 60610 | | | | | |
| | Cole Taylor Bank c/o Rock Fusco, LLC 321 N. Clark Street Ste 2200 Chicago, IL 60654 | | | | | |
| | Cole Taylor Bank c/o Rock Fusco, LLC 321 North Clark Street Ste 2200 Chicago, IL 60654 | | | | | |
| | Cole Taylor Bank c/o Rock Fusco, LLC 321 North Clark Street Ste 2200 Chicago, IL 60654 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Crane, Heyman, Simon, Welch & Clar 135 S LaSalle St., Ste. 3705 Chicago, IL 60603 | | | | | |
| | Discover Card PO Box 15316 Wilmington, DE 19850 | | | | | |
| | Fisk Kart Katz and Regan LTD. 77 West Washington St. Ste 900 Chicago, IL 60602 | | | | | |
| | Fisk Kart Katz and Regan LTD. 77 West Washington St. Ste 900 Chicago, IL 60602 | | | | | |
| | Fisk Kart Katz and Regan LTD. 77 West Washington St. Ste 900 Chicago, IL 60602 | | | | | |
| | Fisk Kart Katz and Regan LTD. 77 West Washington St. Ste 900 Chicago, IL 60602 | | | | | |
| | Fisk Kart Katz and Regan LTD. 77 West Washington St. Ste 900 Chicago, IL 60602 | | | | | |
| | Fisk Kart Katz and Regan LTD. 77 West Washington St. Ste 900 Chicago, IL 60602 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Frontier Realty Group, Inc. c/o Ivan Puljic 10 S LaSalle St., Ste. 3500 Chicago, IL 60603 | | | | | |
| | HSBC Retail Services PO Box 17298 Baltimore, MD 21297-1298 | | | | | |
| | Hafize Lutolli c/o Mark L. Karno & Assoc. 33 N. LaSalle Street Chicago, IL 60602 | | | | | |
| | Home Depot Credit Services PO BOX 6029 The Lakes, NV 88901-6029 | | | | | |
| | Horseshoe Hammond, LLC c/o Jeffrey Schreiber 53 Stiles Road Ste A102 Salem, NH 03079 | | | | | |
| | Ivo Vasilj 8221 Lockwood Ave. Skokie, IL 60077-2439 | | | | | |
| | Joseph Pehar 555 W. Cornelia Chicago, IL 60657 | | | | | |
| | Krystalex Group, Inc. 4218 1/2 N Damen Ave Chicago, IL 60625 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Law Offices of Arnold H. Landis PC 77 West Washington Street Ste 702 Chicago, IL 60602 | | | | | |
| | N.T.G. Properties, Inc. c/o Aaron Spivack 811 W Superior Street Chicago, IL 60642 | | | | | |
| | North Community Bank 3639 N. Broadway Chicago, IL 60613 | | | | | |
| | Reginald Bailey c/o Santilli Frank A 111 W Washington St Chicago, IL 60602 | | | | | |
| | S&P Property Management, Inc. c/o Arnold H. Landis 77 W Washington Ste 702 Chicago, IL 60602 | | | | | |
| | Sanders Comeka c/o Mark Silverman 225 W Washington Ste 2200 Chicago, IL 60666 | | | | | |
| | Stanko Pehar 6512 N. Lemai Lincolnwood, IL 60712 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | T Mobile PO Box 742596 Cincinnati, OH 45274-2596 | | | | | |
| | Target Visa PO Box 673 Minneapolis, MN 55440 | | | | | |
| | Woodlawn Community Development c/o Kahn Sanford LTD 180 N. LaSalle Street # 2025 Chicago, IL 60601 | | | | | |
| | Zoran Pehar 6424 N Knox Lincolnwood, IL 60712 | | | | | |
| 000009 | HORSESHOE HAMMOND, LLC | | | | | |
| 000002 | PEOPLES GAS LIGHT & COKE COMPANY | | | | | |
| 000001 | AMERICAN EXPRESS BANK, FSB | | | | | |
| 000008 | AMERICAN EXPRESS BANK, FSB | | | | | |
| 000007 | CAPITAL ONE BANK (USA), N.A. | | | | | |
| 000004 | CHASE BANK USA, N.A. | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000003 | DISCOVER BANK | | | | | |
| 000005 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | | | | | |
| 000006 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Exhibit 8

| | | |
|---|---|---|
| Case No: | 10-11400   TB   Judge: TIMOTHY A. BARNES | |
| Case Name: | PEHAR, TONY | |
| | PEHAR, MARY | |
| For Period Ending: | 10/09/12 | |

| | |
|---|---|
| Trustee Name: | Phillip D. Levey |
| Date Filed (f) or Converted (c): | 03/16/10 (f) |
| 341(a) Meeting Date: | 04/30/10 |
| Claims Bar Date: | 10/19/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. SINGLE FAMILY DWELLING 6533 N. NOKOMIS AVENUE LINC<br>   Debtor Claimed Exemption | 450,000.00 | 0.00 | OA | 0.00 | FA |
| 2. 800 BEN FRANKLIN DRIVE, #306, SARASOTA, FLORIDA 34 | 131,670.00 | 40,000.00 | | 0.00 | FA |
| 3. 6247-59 N. MCCORMICK, CHICAGO, ILLINOIS (1/3 INTER | 1,485,000.00 | 0.00 | | 0.00 | FA |
| 4. JPMORGAN CHASE BANK PO BOX 260180 BATON ROUGE, LA | 980.00 | 0.00 | | 0.00 | FA |
| 5. BANK OF AMERICA CHECKING ACCOUNT # 291003573932<br>   Debtor Claimed Exemption | 1,188.00 | 0.00 | | 0.00 | FA |
| 6. E-TRADE BROKERAGE ACCOUNT<br>   Debtor Claimed Exemption | 275.00 | 0.00 | | 0.00 | FA |
| 7. HOUSEHOLD GOODS AND FURNISHINGS, PERSONAL<br>COMPUTER | 8,000.00 | 3,000.00 | | 0.00 | FA |
| 8. NECESSARY WEARING APPAREL<br>   Debtor Claimed Exemption | 1,500.00 | 0.00 | | 0.00 | FA |
| 9. WEDDING RINGS, WATCH MISC NECKLACES. LOCATED AT TH<br>   Debtor Claimed Exemption | 10,000.00 | 1,443.00 | | 0.00 | FA |
| 10. IRA - CHARLES SCHWAB ACCOUNT # 2526-1950<br>   Debtor Claimed Exemption | 9,058.35 | 0.00 | | 0.00 | FA |
| 11. 6251 N. MCCORMICK LLC D/B/A PURE CAFE | 0.00 | 0.00 | OA | 0.00 | FA |
| 12. N.T.G. PROPERTIES, INC. (DISSOLVED) | 0.00 | 0.00 | | 0.00 | FA |
| 13. S & P PROPERTY MANAGEMENT, INC. (DISSOLVED) | 0.00 | 0.00 | | 0.00 | FA |
| 14. 7200 SOUTH JEFFERY, LLC (DISSOLVED) | 0.00 | 0.00 | | 0.00 | FA |
| 15. 7946 S. ELLIS, LLC (DISSOLVED) | 0.00 | 0.00 | | 0.00 | FA |
| 16. 8238 S. ELLIS, LLC (DISSOLVED) | 0.00 | 0.00 | | 0.00 | FA |
| 17. 50% INTERESTS IN FUNDS DUE LLC FROM SALE OF 8251-61 | 25,000.00 | 0.00 | | 0.00 | FA |
| 18. LIQUOR LICENSE (FOR NOTICE PURPOSES ONLY- PER CITY | 0.00 | 0.00 | | 0.00 | FA |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:   2

Exhibit 8

| Case No: | 10-11400 | TB | Judge: TIMOTHY A. BARNES |
| Case Name: | PEHAR, TONY | | |
| | PEHAR, MARY | | |

Trustee Name:   Phillip D. Levey
Date Filed (f) or Converted (c):   03/16/10 (f)
341(a) Meeting Date:   04/30/10
Claims Bar Date:   10/19/10

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 19. CADILLAC ESCALADE (2004) | 13,500.00 | 8,700.00 | | 10,200.00 | FA |
|   Debtor Claimed Exemption | | | | | |
| 20. KYMCO MOTORIZED SCOOTER | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 21. Post-Petition Interest Deposits (u) | Unknown | N/A | | 2.81 | Unknown |

|  | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $2,137,171.35 | $54,143.00 | | $10,202.81 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 06/30/12      Current Projected Date of Final Report (TFR): 06/30/12

Page: 1

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | | |
|---|---|---|
| Case No: | 10-11400 -TB | |
| Case Name: | PEHAR, TONY | |
| | PEHAR, MARY | |
| Taxpayer ID No: | *******5725 | |
| For Period Ending: | 10/09/12 | |

| | |
|---|---|
| Trustee Name: | Phillip D. Levey |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******2770  Checking |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 0.00 | 0.00 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 0.00 | 0.00 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 0.00 | 0.00 | |

|  | | |
|---|---|---|
| Page Subtotals | 0.00 | 0.00 |

Ver: 17.00a

FORM 2                                                                                    Page:   2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                         Exhibit 9

| | |
|---|---|
| Case No: | 10-11400  -TB |
| Case Name: | PEHAR, TONY |
| | PEHAR, MARY |
| Taxpayer ID No: | *******5725 |
| For Period Ending: | 10/09/12 |

| | |
|---|---|
| Trustee Name: | Phillip D. Levey |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******5575  Money Market Account (Interest Earn |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/14/10 | 19 | Tony & Mary Ann Pehar | Sale of Automobile | 1129-000 | 10,200.00 | | 10,200.00 |
| | | | Sale to debtors subject all liens and claims of | | | | |
| | | | exemption. | | | | |
| 07/30/10 | 21 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.08 | | 10,200.08 |
| 08/31/10 | 21 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.27 | | 10,200.35 |
| 09/30/10 | 21 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.25 | | 10,200.60 |
| 10/29/10 | 21 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.25 | | 10,200.85 |
| 11/30/10 | 21 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.26 | | 10,201.11 |
| 12/31/10 | 21 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.26 | | 10,201.37 |
| 01/31/11 | 21 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.26 | | 10,201.63 |
| 02/28/11 | 21 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.08 | | 10,201.71 |
| 03/08/11 | 000101 | International Sureties, Ltd. | Blanket Bond Premium | 2300-000 | | 6.23 | 10,195.48 |
| | | 701 Poydras Street - Suite 420 | | | | | |
| | | New Orleans, LA  70139 | | | | | |
| 03/31/11 | 21 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.09 | | 10,195.57 |
| 04/29/11 | 21 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.08 | | 10,195.65 |
| 05/31/11 | 21 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.09 | | 10,195.74 |
| 06/30/11 | 21 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.08 | | 10,195.82 |
| 07/29/11 | 21 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.08 | | 10,195.90 |
| 08/31/11 | 21 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.09 | | 10,195.99 |
| 09/30/11 | 21 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.08 | | 10,196.07 |
| 10/31/11 | 21 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.09 | | 10,196.16 |
| 10/31/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 12.99 | 10,183.17 |
| 11/30/11 | 21 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.08 | | 10,183.25 |
| 11/30/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 12.55 | 10,170.70 |
| 12/30/11 | 21 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.08 | | 10,170.78 |
| 12/30/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 12.54 | 10,158.24 |
| 01/31/12 | 21 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.09 | | 10,158.33 |

|  | Page Subtotals | 10,202.64 | 44.31 |
|---|---|---|---|

Ver: 17.00a

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 18)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   3

Exhibit 9

| Case No: | 10-11400  -TB |
|---|---|
| Case Name: | PEHAR, TONY |
| | PEHAR, MARY |
| Taxpayer ID No: | *******5725 |
| For Period Ending: | 10/09/12 |

| Trustee Name: | Phillip D. Levey |
|---|---|
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******5575  Money Market Account (Interest Earn |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/29/12 | 21 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.08 | | 10,158.41 |
| 03/30/12 | 21 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.08 | | 10,158.49 |
| 04/05/12 | 21 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.01 | | 10,158.50 |
| 04/05/12 | | Transfer to Acct #*******6192 | Final Posting Transfer | 9999-000 | | 10,158.50 | 0.00 |

|  | | | COLUMN TOTALS | | 10,202.81 | 10,202.81 | 0.00 |
|---|---|---|---|---|---|---|---|
| | | | Less:  Bank Transfers/CD's | | 0.00 | 10,158.50 | |
| | | | Subtotal | | 10,202.81 | 44.31 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 10,202.81 | 44.31 | |

Page Subtotals                    0.17                    10,158.50

Ver: 17.00a

FORM 2                                                                                      Page:   4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                          Exhibit 9

| Case No: | 10-11400  -TB | | Trustee Name: | Phillip D. Levey |
| Case Name: | PEHAR, TONY | | Bank Name: | BANK OF AMERICA |
| | PEHAR, MARY | | Account Number / CD #: | *******6192  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******5725 | | | |
| For Period Ending: | 10/09/12 | | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | BALANCE FORWARD | | | | 0.00 |
| | 04/05/12 | | Transfer from Acct #*******5575 | Transfer In From MMA Account | 9999-000 | 10,158.50 | | 10,158.50 |
| | 04/05/12 | 000101 | PHILLIP D. LEVEY 2722 NORTH RACINE AVENUE CHICAGO, IL  60614 | Chapter 7 Compensation/Fees | 2100-000 | | 1,770.28 | 8,388.22 |
| | 04/05/12 | 000102 | PHILLIP D. LEVEY 2722 NORTH RACINE AVENUE CHICAGO, IL  60614 | Chapter 7 Expenses | 2200-000 | | 52.35 | 8,335.87 |
| | 04/05/12 | 000103 | Phillip D. Levey | Attorney for Trustee Expenses (Trus | 3120-000 | | 4,590.00 | 3,745.87 |
| | 04/05/12 | 000104 | American Express Bank, FSB POB 3001 Malvern, PA 19355-0701 | Claim 000001, Payment 4.54665% (1-1) CREDIT CARD DEBT(1-2) CREDIT CARD DEBT (1-2) Amending claim to Add Documentation | 7100-900 | | 449.95 | 3,295.92 |
| * | 04/05/12 | 000105 | PEOPLES GAS LIGHT & COKE COMPANY 130 EAST RANDOLPH DRIVE CHICAGO, ILLINOIS 60601 | Claim 000002, Payment 4.54654% | 7100-004 | | 224.68 | 3,071.24 |
| | 04/05/12 | 000106 | PYOD LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services PO Box 10587 Greenville, SC 29603-0587 | Claim 000005, Payment 4.54660% | 7100-900 | | 582.35 | 2,488.89 |
| | 04/05/12 | 000107 | PYOD LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services PO Box 10587 Greenville, SC 29603-0587 | Claim 000006, Payment 4.54650% | 7100-900 | | 132.81 | 2,356.08 |
| | 04/05/12 | 000108 | Capital One Bank (USA), N.A. by American Infosource Lp As Agent PO Box 248839 Oklahoma City, OK 73124-8839 | Claim 000007, Payment 4.54661% | 7100-900 | | 435.84 | 1,920.24 |

|  | Page Subtotals | 10,158.50 | 8,238.26 |
|---|---|---|---|

Ver: 17.00a

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 20)*

Page:   5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 10-11400  -TB | | Trustee Name: | Phillip D. Levey |
|---|---|---|---|---|
| Case Name: | PEHAR, TONY | | Bank Name: | BANK OF AMERICA |
| | PEHAR, MARY | | Account Number / CD #: | *******6192  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******5725 | | | |
| For Period Ending: | 10/09/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/05/12 | 000109 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000008, Payment 4.54664%<br>(8-1) CREDIT CARD DEBT | 7100-900 | | 237.99 | 1,682.25 |
| 04/05/12 | 000110 | Horseshoe Hammond, LLC<br>c/o Jeffrey Schreiber<br>53 Stiles Road Ste A102<br>Salem, NH 03079 | Claim 000009, Payment 4.54662% | 7100-000 | | 1,682.25 | 0.00 |
| * 08/01/12 | 000105 | PEOPLES GAS LIGHT & COKE COMPANY<br>130 EAST RANDOLPH DRIVE<br>CHICAGO, ILLINOIS 60601 | Stop Payment Reversal<br>STOP PAY ADD SUCCESSFUL | 7100-004 | | -224.68 | 224.68 |
| 08/20/12 | 000111 | Clerk, U.S. Bankruptcy Court | Unclaimed Dividend | 7100-000 | | 224.68 | 0.00 |

|  | | | | |
|---|---|---|---|---|
| COLUMN TOTALS | | | 10,158.50 | 10,158.50 | 0.00 |
| Less:  Bank Transfers/CD's | | | 10,158.50 | 0.00 | |
| Subtotal | | | 0.00 | 10,158.50 | |
| Less:  Payments to Debtors | | | | 0.00 | |
| Net | | | 0.00 | 10,158.50 | |

| | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | | |
| Checking - *******2770 | | 0.00 | 0.00 | 0.00 |
| Money Market Account (Interest Earn - ********5575 | | 10,202.81 | 44.31 | 0.00 |
| Checking Account (Non-Interest Earn - ********6192 | | 0.00 | 10,158.50 | 0.00 |
| | | ---------------------- | ---------------------- | ---------------------- |
| | | 10,202.81 | 10,202.81 | 0.00 |
| | | ============ | ============ | ============ |
| | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals          0.00          1,920.24

Ver: 17.00a

FORM 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:    6

Exhibit 9

| Case No: | 10-11400  -TB |
|----------|---------------|
| Case Name: | PEHAR, TONY |
| | PEHAR, MARY |
| Taxpayer ID No: | *******5725 |
| For Period Ending: | 10/09/12 |

| Trustee Name: | Phillip D. Levey |
|---------------|------------------|
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******6192  Checking Account (Non-Interest Earn |
| | |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | Page Subtotals | 0.00 | 0.00 | |

Ver: 17.00a

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 22)*